**Edward James EGAN, Sr.,
Plaintiff—Appellant,**

v.

**David ROBINSON, Warden; Counselor Caruso; Gene Johnson; Doctor Thompson; Counselor Drewery; Page True, Defendants—Appellees.**

No. 07–6049.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 31, 2007.

Decided: June 6, 2007.

Edward James Egan, Sr., Appellant Pro Se. Richard Carson Vorhis, Office of the Attorney General of Virginia, Richmond, Virginia; Susan A. Waddell, Guynn, Memmer & Dillon, PC, Roanoke, Virginia, for Appellees.

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

Affirmed as modified by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward James Egan, Sr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we modify the dismissal of the action to be without prejudice and affirm as modified for the reasons stated by the district court. *Egan v. Robinson*, No. 7:06–cv–00338–GEC, 2006 WL 3792655 (W.D.Va. Dec. 21, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED.*